ON APPLICATION FOR REHEARING
The mother astounds this court by filing an application for rehearing wherein she objects to this court's statement regarding the issue the father raised with regard to an alleged conflict of interest on the part of the trial court.
At best we consider the mother's objection to be a misperception of our statement. We commented only on the father's ineffective method of raising the conflict of interest issue, not on the merits of that issue.
Specifically, contrary to the mother's apparent belief, this court did not hold that the father was ignorant of the alleged conflict of interest or that his independent action in the trial court regarding the same was meritorious.
Simply stated, there is no basis for the mother's contention that this court's statements regarding the conflict of interest issue were prejudicial to her.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
BRADLEY, P.J., and INGRAM, J., concur.